# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WALTER ELIYAH THODY, <br><br> Petitioner, <br><br> v. <br><br> C. SWAIN, Warden, <br><br> Respondent. | Case No. CV 19-09641-PA (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition.

Date: February 5, 2020

_____
PERCY ANDERSON
United States District Judge