# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WALTER ELIYAH THODY, | Case No. CV 19-09641-PA (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| C. SWAIN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Date: February 5, 2020

_____
PERCY ANDERSON
United States District Judge